## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARY HERNANDEZ, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:20-cv-00481-ARR-RER |
| | ) |
| EXPERIAN, | ) *So Ordered.* |
| Defendant(s). | ) |
| | ) /s/(ARR) |
| | ) |
| | ) ALLYNE R. ROSS, U.S.D.J. |
| | 5/27/20 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between counsel for Plaintiff Mary Hernandez and Defendant Experian Information Solutions, Inc. ("Experian"), that any and all claims by Plaintiff against Experian in the above-captioned action are dismissed with prejudice. Each party shall bear its own costs and attorney's fees.

Dated: May 26, 2020

| | |
|---|---|
| Edward B. Geller, Esq., P.C. | Kerianne Tobitsch |
| 15 Landing Way | JONES DAY |
| Bronx, New York 10464 | 250 Vesey Street |
| Telephone: (904) 473-6783 | New York, NY 10281 |
| | Telephone: (212) 326-8321 |
| *Attorney for Plaintiff Mary Hernandez* | Facsimile: (212) 755-7306 |
| | Email: ktobitsch@jonesday.com |
| | |
| | *Attorneys for Defendant Experian Information Solutions, Inc.* |